## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:  RIGOBERTO NMN BAEZA

                                                                   Case No.:  24-40623-can-13

**Debtor**

### MOTION TO DENY CONFIRMATION OF PLAN

COMES NOW Richard V. Fink, Chapter 13 Trustee, and requests the court deny confirmation of the proposed plan (document #2), filed on or about May 08, 2024. In support thereof, the trustee states that the issues related to the proposed plan include:

1. 11 U.S.C. Section 1325(a)(4):

    a. The debtor claims a one-half interest in real property at 5709 N Euclid Avenue.  Please provide documentation regarding joint ownership.

    b. The debtor lists a class action lawsuit on Schedule A/B with an unknown value. Pursuant to the 341 testimony, the debtor will receive $16,000 from the lawsuit.  The debtor has not filed any motions regarding the funds to date.  It appears that the proposed plan will pay less to the non-priority unsecured creditors than if the estate were liquidated under Chapter 7.

WHEREFORE, the Chapter 13 Trustee moves the Court for an Order Denying Confirmation of the proposed plan.

July 25, 2024

                                                                   Respectfully submitted,

                                                                   /s/ Richard V. Fink, Trustee

                                                                   Richard V. Fink, Trustee
                                                                   2345 Grand Blvd., Ste. 1200
                                                                   Kansas City, MO 64108-2663
                                                                   (816) 842-1031

## NOTICE OF MOTION

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court will enter an Order denying confirmation of the plan.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail. If any party is served by United States First Class Mail a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

RB     /Motion - Deny Confirmation